UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI DEVRIES,

    Plaintiff,

vs.

Case No. 2:17-cv-10537
Hon. Avern Cohn

WELTMAN, WEINBERG & REIS CO.
OF MICHIGAN,

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Lori Devries and Defendant Weltman, Weinberg & Reis Co. of Michigan, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

*/s/Adam G. Taub*                     */s/Jeffrey S. Hengeveld*
Adam G. Taub (P48703)         Jeffrey S. Hengeveld (P66029)
Attorney for Plaintiff             Attorney for Defendant

Dated: April 27, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI DEVRIES,

    Plaintiff,

vs.

    Case No. 2:17-cv-10537
    Hon. Avern Cohn

WELTMAN, WEINBERG & REIS CO.
OF MICHIGAN,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between Plaintiff and Defendant, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is Final Order that closes this case.**

    s/Avern Cohn
    DISTRICT COURT JUDGE

Dated: May 22, 2017

Open.19910.70774.18407948-1